Bakri AWIIS, Petitioner—Appellant,

v.

Carol PORTER, Respondent—Appellee.

No. 03–35485.
D.C. No. CV–02–00319–MJP.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 14, 2004.*

Decided Oct. 22, 2004.

Before KLEINFELD, TASHIMA and GOULD, Circuit Judges.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM**

Bakri Awiis appeals the district court's denial of his 28 U.S.C. § 2254 petition. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

Awiis contends that his confrontation clause rights were violated when the trial court allowed in hearsay from a non-testifying fingerprint expert. Because there was considerable evidence supporting the verdict, we cannot say that the state court's conclusion that the error was harmless beyond a reasonable doubt is contrary to or an unreasonable application of clearly established federal law. *See* 28 U.S.C. § 2254(d); *Delaware v. Van Arsdall,* 475 U.S. 673, 681, 106 S.Ct. 1431, 89 L.Ed.2d 674 (1986) (listing factors a reviewing court should consider in determining whether a confrontation clause error is harmless beyond a reasonable doubt).

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.